FILED
2020 Jan-14 AM 09:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **RHONDA PRINCE CLEMONS,** | ) |
| **Plaintiff,** | ) ) ) |
| **V.** | ) ) Case No.: 5:19-CV-1264-LCB |
| **CAPITAL ONE BANK (USA), N.A.,** | ) ) ) |
| **Defendant.** | ) |

## **MEMORANDUM**

The parties have filed a Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. 15). Parties may dismiss a lawsuit voluntarily by filing a stipulation of dismissal signed by all parties who have appeared, except in suits involving class or derivative actions, unincorporated associations, and receiverships. Fed. R. Civ. P. 41(a)(1)(A)(ii). None of these exceptions apply in this case.

Because the parties have filed a joint stipulation of dismissal signed by all parties who have appeared, the case was dismissed with prejudice immediately upon filing of the stipulation. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017) (holding that a joint stipulation of dismissal is "self-executing" and dismisses the case upon proper filing).

The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** this January 14, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE